**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6552

CHARLIE LEE ROBINSON,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; J. R. HUNT,
JR., Superintendent,

Respondents - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CA-99-312-1)

Submitted: September 21, 2000      Decided: September 28, 2000

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charlie Lee Robinson, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Lee Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Robinson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Robinson v. North Carolina Attorney Gen., No. CA-99-312-1 (M.D.N.C. Mar. 24, 2000); see also Williams v. Taylor, 120 S. Ct. 1495, 1523 (2000) (interpreting 28 U.S.C.A. § 2254(d)). We deny Robinson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2